IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TOMMY A.  BUEHL,

      Appellant,

  v.

Case No.    5D21-1590
LT Case No. 2016-CF-305166

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed November 22, 2022

3.850 Appeal from the Circuit Court
for Volusia County,
Matthew M. Foxman, Judge.

Rachael E. Reese, of O'Brien Hatfield
Reese, P.A., Tampa, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Daniel P. Caldwell,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

    AFFIRMED.

WALLIS, EDWARDS and EISNAUGLE, JJ., concur.